**FACTORING & DISCOUNT NO. 2, Inc., Plaintiff-Appellee,**

v.

**CENTRAL MUTUAL INSURANCE COMPANY, Defendant-Appellant.**

**No. 26, Docket 23087.**

United States Court of Appeals Second Circuit.

Argued Oct. 15, 1954.

Decided Oct. 29, 1954.

Harte & Natanson, New York City, M. Theodore Chester, New York City, of counsel, for plaintiff-appellant.

Max J. Gwertzman, New York City, for defendant-appellant.

Before CHASE, MEDINA and HARLAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion below, D.C., 125 F.Supp. 627.

**Herbert BROWNELL, Jr., Attorney General of the United States, as Successor to the Alien Property Custodian, Plaintiff-Appellee,**

v.

**Frieda Elizabeth RAUBENHEIMER, as Trustee under the Will of Charles Christian Raubenheimer, Defendant-Appellant.**

**No. 45, Docket 22996.**

United States Court of Appeals Second Circuit.

Argued Nov. 4, 1954.

Decided Nov. 22, 1954.

J. Edward Lumbard, U. S. Atty., New York City, Dallas S. Townsend, Asst. Atty. Gen., Milton E. Lacina, Asst. U. S. Atty., Mahopac, N. Y., James D. Hill, George B. Searls and Irvin A. Seibel, Attorneys, Department of Justice, Washington, D. C., for appellee.

Dobson, Moorhead & Dwyer, Brooklyn, N. Y., John F. Middlemiss, Brooklyn, C. James Dwyer, Brooklyn, N. Y., of counsel, for defendant-appellant.

Before CHASE, MEDINA and HINCKS, Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion below, D.C., 112 F.Supp. 154.

**Robert J. KOSHLAND, as Executor of the Last Will and Testament of Corinne S. Koshland, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 13857.**

United States Court of Appeals Ninth Circuit.

Nov. 19, 1954.

Willard L. Ellis, Harold L. Levy, San Francisco, Cal., for petitioner.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Joseph F. Goetten, Loring M. Post, Sp. Assts. to Atty. Gen., Charles W. Davis, Chief Counsel, Washington, D. C., Bureau of Internal Revenue, for respondent.

Before HEALY and ORR, Circuit Judges, and WIIG, District Judge.

PER CURIAM.

The judgment of the Tax Court is affirmed for the reasons stated in its opinion, 19 T.C. 860. See, also United States v. Wharton, 5 Cir., 207 F.2d 526.